# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

In Re:　David R. Sullivan and Susan M. Sullivan　　　　Case Number:　08-41376 ( JBR )

Matter:　　　　　　　　　　　　　　　　　　　　　　Chapter:　13

#18 Objection of eCAST Settlement Corporation to Confirmation of Debtors' [10] Chapter 13 Plan

MOVANT/APPLICANT/PARTIES

Philip Stone for eCAST Settlement Corporation
Troy Morrison for Debtors

COURT ACTION:

Show Cause Order　　　____Released　　　____Enforced
____Granted　　　____Approved　　　____Moot
____Denied　　　____Denied without Prejudice
____Withdrawn in Open Court
____Sustained　　　(#18 Overruled)
____Continued to: _____
____Proposed Order to be Submitted by: _____
____Stipulation to be Submitted by: _____
____Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Overruled for the reasons set forth in In re Mati, 390 B.R. 11 (Bankr. D. Mass. 2008) and In re Young, 2008 WL 3274425 (Bankr. D. Mass. 2008)

SO ORDERED:
/s/ Joel B. Rosenthal　　Dated: 9/2/08
Joel B. Rosenthal